**Dismissed and Opinion Filed July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01456-CV

### JUDY HARALSON EDWARDS, Appellant
### V.
### JAMES O. EDWARDS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05457-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated May 1, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of appellant's brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

131456F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JUDY HARALSON EDWARDS, Appellant

No. 05-13-01456-CV      V.

JAMES O. EDWARDS, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-05457-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

    It is **ORDERED** that appellee JAMES O. EDWARDS recover his costs of this appeal from appellant JUDY HARALSON EDWARDS.


Judgment entered July 10, 2014

–3–